UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

TERRY DARNELL WILLIAMS,

        Petitioner,

    v.

D. RUNNELS, Warden,

        Respondent.

No. CV-01-3301-SVW (JWJ)

ORDER ADOPTING THIRD
SUPERSEDING REPORT
AND RECOMMENDATION
OF UNITED STATES
MAGISTRATE JUDGE

     Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant First Amended Petition along with the attached Third Superseding Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Third Superseding Report and Recommendation.

     IT IS ORDERED that Judgment be entered granting Petitioner a conditional writ of habeas corpus and discharging Petitioner from custody and all adverse consequences of his conviction in Los Angeles County Superior Court Case No. TA048776, unless Petitioner is brought to retrial within ninety (90) days of the date this Judgment becomes final, plus any additional delay authorized under State law.

///

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of

2  this Order and the Judgment of this date on counsel for Petitioner and Respondent.

3

4  DATED: _7/30/09_

5

6                                    _____

7                                        STEPHEN V. WILSON
                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28