UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| TERRY DARNELL WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D. RUNNELS, Warden,<br><br>　　　　　Respondent. | No. CV-01-3301-SVW (JWJ)<br><br>JUDGMENT |

　　Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

　　IT IS ADJUDGED that Petitioner is GRANTED a conditional writ of habeas corpus and that Petitioner shall be discharged from custody and all adverse consequences of his conviction in Los Angeles County Superior Court Case

///
///
///
///
///

No. TA048776, unless Petitioner is brought to retrial within ninety (90) days of the date this Judgment becomes final, plus any additional delay authorized under State law.

DATED: 7/30/09

STEPHEN V. WILSON
United States District Judge